COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stampede TX Energy, LLC f/k/a Stampede Energy, LLC and
                         Ballengee Interests, LLC v. Bridgetex Pipeline Company, LLC

Appellate case number:     01-18-00113-CV

Trial court case number:     2016-57036

Trial court:                157th District Court of Harris County

Appellants, Stampede TX Energy, LLC f/k/a Stampede Energy, LLC and Ballengee Interests, LLC, have filed an Agreed Motion to Abate the Appeal for the trial court to enter findings of fact and conclusions of law. The record shows that Appellants requested findings of fact and conclusions of law on November 20, 2017. *See* TEX. R. CIV. P. 296. Appellants further filed a notice of past-due findings of fact and conclusions of law on December 14, 2017. *See id.* 297. Appellants filed a notice of appeal on February 14, 2018. *See* TEX. R. APP. P. 26.1(a). Because the trial court has not issued findings of fact or conclusions of law, appellants moved on May 11, 2018, for an order abating this appeal and requiring the trial court to issue findings of fact and conclusions of law.

Because appellants timely filed a request for findings of fact and conclusions of law and a notice of past due findings, the trial court had a mandatory duty to file findings of fact and conclusions of law and erred by failing to do so. *See* TEX. R. CIV. P. 296, 297; *Nationwide Capital Funding, Inc. v. H. Epps. Co.*, No. 13–04–308–CV, 2006 WL 1030105, at \*2 (Tex. App.—Corpus Christi Apr. 20, 2006, no pet.) (mem. op.); *Elec. Power Design, Inc. v. R.A. Hanson Co.*, 821 S.W.2d 170, 171 (Tex. App.—Houston [14th Dist.] 1991, no writ), *overruled on other grounds by In re Gillespie*, 124 S.W.3d 699 703–04 (Tex. App.—Houston [14th Dist.] 2003, orig. proceeding).

Accordingly, we grant appellants' agreed motion to abate this appeal. We therefore abate this appeal and remand this case to the trial court. On remand, we order the trial court to file findings of fact and conclusions of law within 30 days of the date of this order. *See* TEX. R. APP. P. 44.4(b); *Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 773 (Tex.

1989); *Elec. Power Design*, 821 S.W.2d at 171. We further order the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law within 45 days of the date of this order.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>

     ☒ Acting individually ☐ Acting for the Court

Date:  <u>May 17, 2018</u>